**Robert Cy MANN, Petitioner–Appellant,**

v.

**Patricia R. STANSBERRY, Respondent–Appellee.**

No. 10–7582.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2011.

Decided: Aug. 5, 2011.

Robert Cy Mann, Appellant Pro Se. Robert P. McIntosh, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before GREGORY, SHEDD, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Cy Mann, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mann v. Stansberry,* No. 3:09–cv–464, 2010 WL 3666973 (E.D.Va. Sept. 14, 2010). We deny Mann's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*